133 A.3d 3

COMMONWEALTH of Pennsylvania, Respondent

v.

Truong V. DUONG, Petitioner.

No. 355 EAL 2015.

Supreme Court of Pennsylvania.

Feb. 29, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of February, 2016, upon review of Petitioner's Substituted Petition for Allowance of Appeal, which the Commonwealth has not opposed, we find as follows: The Superior Court deemed Petitioner's claims before that tribunal to have been waived for Petitioner's failure to include the relevant notes of testimony in the original record, and then granted Petitioner's motion to supplement the record and issued an order deeming the submitted notes of testimony to be part of the certified record. The Superior Court erred,

however, in then failing to grant Petitioner's application for reconsideration of the merits of his waived claims. Accordingly, Petitioner's Substituted Petition for Allowance, wherein Petitioner seeks a remand to the Superior Court for merits review of his claims on appeal, is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and this matter is **REMANDED** to the Superior Court for consideration of the merits of Petitioner's claims on appeal.

Mr. Justice Eakin did not participate in the decision of this matter.